Printed: 12/30/09 03:40 PM

Page: 1

FILED
2009 DEC 31 PM 1:15
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

# Proposed Report of Distribution

Case: 04-55482    L.A. URBAN, INC.

Report Includes ONLY Claims with a Proposed Distribution

Case Balance:    $14,187.17    Total Proposed Payment:    $1,002.00    Remaining Balance: $13,185.17

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 2 | PAC VAN LEASING AND SALES | Unsecured | 2,448.04 | 2,448.04 | 1,984.07 | 463.97 | 6.98 | 995.02 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 4 | CenturyTel of Ohio, Inc. | Unsecured | 718.91 | 718.91 | 582.66 | 136.25 | 2.05 | 992.97 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 7 | SPEEDWAY SUPERAMERICA LLC | Unsecured | 722.18 | 722.18 | 585.31 | 136.87 | 2.05 | 990.92 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 8 | HOMESTEAD PLUMBING | Unsecured | 1,993.33 | 1,993.33 | 1,615.54 | 377.79 | 5.67 | 985.25 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 10 | Sun Newspapers | Unsecured | 1,440.50 | 1,440.50 | 1,167.48 | 273.02 | 4.10 | 981.15 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 11 | Doors and More Co., Inc. | Unsecured | 3,640.00 | 3,640.00 | 2,950.12 | 689.88 | 10.36 | 970.79 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 12 | T&R Excavating, Inc. | Unsecured | 82,899.71 | 82,899.71 | 67,187.87 | 15,711.84 | 235.98 | 734.81 |
| | Claim Memo: REVIWED CLAIM. | | | | | | | |
| 13 | CITIBANK USA NA | Unsecured | 1,362.86 | 1,362.86 | 1,104.56 | 258.30 | 3.88 | 730.93 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 15 | MIDWEST VERIZON WIRELESS | Unsecured | 2,506.01 | 2,506.01 | 2,031.05 | 474.96 | 7.13 | 723.80 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 16 | Maat Cement Contractors Co., Inc. | Unsecured | 4,982.42 | 4,982.42 | 4,038.11 | 944.31 | 14.18 | 709.62 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 18 | HOME BUILDERS ASSOC OF GREATER CLEVELAND | Unsecured | 3,250.00 | 3,250.00 | 2,634.03 | 615.97 | 9.25 | 700.37 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 23 | 880 CONSTRUCTION CO INC | Unsecured | 3,649.80 | 3,649.80 | 2,958.06 | 691.74 | 10.39 | 689.98 |
| | Claim Memo: AMENDS CLAIM #5 | | | | | | | |
| 24 | GLASS STATIONS INC | Unsecured | 2,947.07 | 2,947.07 | 2,388.52 | 558.55 | 8.39 | 681.59 |
| | Claim Memo: AMENDS CLAIM #3 | | | | | | | |
| 25 | KRAL BUILDERS SUPPLY CO INC | Unsecured | 2,420.89 | 2,420.89 | 1,962.06 | 458.83 | 6.89 | 674.70 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 26 | TEREPKA KENNETH | Unsecured | 2,000.00 | 3,186.20 | 2,582.32 | 603.88 | 9.07 | 665.63 |
| | Claim Memo: ALLOWED IN THE AMOUNT OF $3,186.20 PER ORDER DATED 10/20/08. | | | | | | | |
| 27 | LIGHTING EXPO | Unsecured | 3,483.71 | 3,483.71 | 2,823.45 | 660.26 | 9.91 | 655.72 |
| | Claim Memo: AMENDS CLAIM #21 | | | | | | | |
| 30 | MORNING JOURNAL | Unsecured | 1,941.67 | 1,941.67 | 1,573.67 | 368.00 | 5.53 | 650.19 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |

# Proposed Report of Distribution

Case:  04-55482    L.A. URBAN, INC.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $14,187.17 | Total Proposed Payment: | $1,002.00 | Remaining Balance: | $13,185.17 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 31 | RITSKO DAVID INC | Unsecured | 15,159.49 | 15,159.49 | 12,286.34 | 2,873.15 | 43.15 | 607.04 |
|  | Claim Memo:  REVIEWED CLAIM. | | | | | | | |
| 32 | INTERSTATE KITCHEN SUPPLY | Unsecured | 11,185.84 | 9,000.32 | 7,294.50 | 1,705.82 | 25.62 | 581.42 |
|  | Claim Memo:  REVIEWED CLAIM. | | | | | | | |
| 33 | MASON STRUCTURAL STEEL | Unsecured | 4,581.00 | 4,581.00 | 3,712.77 | 868.23 | 13.04 | 568.38 |
|  | Claim Memo:  REVIEWED CLAIM. | | | | | | | |
| 35 | Osborne Medina, Inc. | Unsecured | 3,871.32 | 3,871.32 | 3,137.60 | 733.72 | 11.02 | 557.36 |
|  | Claim Memo:  REVIEWED CLAIM. | | | | | | | |
| 36 | James Lumber | Unsecured | 5,543.22 | 5,543.22 | 4,492.62 | 1,050.60 | 15.78 | 541.58 |
|  | Claim Memo:  AMENDES CLAIM #22 | | | | | | | |
| 37 | SHURE SIGNS | Unsecured | 798.95 | 798.95 | 647.53 | 151.42 | (2.27) | 539.31 |
|  | Claim Memo:  REVIEWED CLAIMS. | | | | | | | |
| 38 | AQUINO RUSSELL | Unsecured | 29,826.86 | 29,826.86 | 24,173.83 | 5,653.03 | 84.90 | 454.41 |
|  | Claim Memo:  REVIEWED CLAIM. | | | | | | | |
| 39 | Barkley Dean and Paula | Unsecured | 14,555.86 | 14,555.86 | 11,797.11 | 2,758.75 | 41.44 | 412.97 |
|  | Claim Memo:  CLAIM WITHDRAWN 1/25/07.  WITHDRAWAL FILED INADVERTENTLY PER DOCKET #179 FILED 10/24/08. | | | | | | | |
| 40 | LEO URBAN | Unsecured | 28,011.66 | 28,011.66 | 22,702.66 | 5,309.00 | 79.73 | 333.24 |
|  | Claim Memo:  REVIEWED CLAIM. TRANSFERRED 10/10/08. | | | | | | | |
| 41 | CHRISSON INC | Unsecured | 55,367.20 | 55,367.20 | 44,873.55 | 10,493.65 | 157.61 | 175.63 |
|  | Claim Memo:  REVIEWED CLAIM. | | | | | | | |
| 42 | Hickory Lane Construction | Unsecured | 5,953.25 | 5,953.25 | 4,824.94 | 1,128.31 | 16.95 | 158.68 |
|  | Claim Memo:  REVIEWED CLAIM. | | | | | | | |
| 43 | MARK SMITH ELECTRIC INC | Unsecured | 9,322.75 | 9,322.75 | 7,555.83 | 1,766.92 | 26.53 | 132.15 |
|  | Claim Memo:  REVIEWED CLAIM. | | | | | | | |
| 44 | THE CARPET AND TILE EMPORIUM | Unsecured | 13,723.96 | 13,723.96 | 11,122.88 | 2,601.08 | 39.07 | 93.08 |
|  | Claim Memo:  AMENDS CLAIM #14 | | | | | | | |
| 46 | WADSWORTH SASH & DOOR CO | Unsecured | 32,698.84 | 32,698.84 | 26,501.48 | 6,197.36 | 93.08 | 0.00 |
|  | Claim Memo:  REVIEWED CLAIM. | | | | | | | |
| **SUBTOTAL FOR UNSECURED** | | | 353,007.30 | 352,007.98 | 285,292.52 | 66,715.46 | 1,002.00 | |

*[handwritten:]* $14.35
ck # 166
receipt # 81167