IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF: ) CASE NO. 04-55482
) JUDGE SHEA-STONUM
L.A. URBAN, INC. ) CHAPTER 7
)
)
DEBTOR )

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

| | |
|---|---|
| CENTURYTEL OF OHIO, INC.<br>C/O REX D. RAINACH, APLC<br>3622 GOVERNMENT STREET<br>BATON ROUGE, LA 70806 | $582.66 + |
| LIGHTING EXPO<br>4507 MAYFIELD ROAD<br>S. EUCLID, OH 44121 | $2,823.45 + |
| LIGHTING EXPO<br>4507 MAYFIELD ROAD<br>S. EUCLID, OH 44121 | $9.91 + |
| MORNING JOURNAL<br>1657 BROADWAY<br>LORAIN, OH 44056 | $1,573.67 + |
| JAMES LUMBER<br>12565 PROSPECT ROAD<br>STRONGSVILLE, OH 44136 | $4,492.62 + |
| HOMESTEAD PLUMBING<br>680 HAZEL STREET<br>AMHERST, OH 44001 | $5.67 + |

T&R EXCAVATING, INC.  $235.98
C/O MONICA E. KRAMER
7083 PEARL ROAD
MIDDLEBURG HEIGHTS, OH 44130

$9,723.96

2. Trustee's check for $9,723.96, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: March 8, 2010

/s/ KATHRYN A. BELFANCE
KATHRYN A. BELFANCE
TRUSTEE

ck # 169

receipt # 81330